UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ROBERT PRICE,

        Petitioner,        Case No. 1:23-cv-1302

v.        Honorable Phillip J. Green

JAMES CORRIGAN,

        Respondent.

_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion (ECF No. 1) to hold his amended habeas petition in abeyance is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's motion for relief from judgment pursuant to Michigan Court Rule 6.500 is **DENIED as unnecessary**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: January 26, 2024        /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                United States Magistrate Judge