UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

ROBERT PRICE,

        Petitioner,        Case No. 1:23-cv-1302

v.        Honorable Phillip J. Green

JAMES CORRIGAN,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state court remedies.

Dated: January 26, 2024        /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                United States Magistrate Judge